

# IN THE
# TENTH COURT OF APPEALS

## No. 10-16-00227-CR

**ANTHONY WAYNE NEAL,**

                                                            **Appellant**

 **v.**

**THE STATE OF TEXAS,**

                                                            **Appellee**

───────────────

**From the 77th District Court**
**Freestone County, Texas**
**Trial Court No. 14-138-CR**

───────────────

## MEMORANDUM OPINION

───────────────

Anthony Wayne Neal appeals the trial court's judgment of conviction signed on June 9, 2016. Because the trial court's certificate of right of appeal that Neal signed indicates that the underlying criminal case was a plea bargain case and Neal has no right to appeal, and because it also indicates Neal waived his right to appeal, this appeal is

dismissed.[1]  *See* Tex. R. App. P. 25.2(d) ("The appeal must be dismissed if a certification

that shows the defendant has the right of appeal has not been made part of the record

under these rules."); *Chavez v. State*, 183 S.W.3d 675, 680 (Tex. Crim. App. 2006) (plea

bargain); *Monreal v. State*, 99 S.W.3d 615, 622 (Tex. Crim. App. 2003) (waiver of appeal).


TOM GRAY
Chief Justice

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Appeal dismissed
Opinion delivered and filed July 13, 2016
Do not publish
[CR25]



---

[1] A motion for rehearing may be filed within 15 days after the judgment of this Court is rendered.  *See* Tex. R. App. P. 49.1.  If the appellant desires to have the decision of this Court reviewed by filing a petition for discretionary review, that petition must be filed with the Court of Criminal Appeals within 30 days after either the day this Court's judgment was rendered or the day the last timely motion for rehearing was overruled by this Court.  *See* Tex. R. App. P. 68.2(a).